IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GEORGE WILLIAM BAHR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:12-CV-0065 |
| | § | |
| WILLIAM STEPHENS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT

Came for consideration petitioner's "Motion to Re-Enter and Re-Open Judgment" filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. On May 4, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. Petitioner filed objections to the Magistrate Judge's Report and Recommendation on May 16, 2016.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are OVERRULED, and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, petitioner's Rule 60(b) motion for relief from judgment is DENIED.

IT IS SO ORDERED.

ENTERED this 24th day of May 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE